FILED

2005 JUN -3 P 1: 27

CLERK. US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )
                                     )       CR. F- 05-0048 OWW
13        v.                         )
                                     )
14  FERMIN BARRAGAN                  )
         aka Regino Gaitan           )       APPLICATION TO REASSIGN
15  ROGELIO MONGE GUTIERREZ,         )       WIRETAP CASE TO HON. ANTHONY
         aka "Carranza"              )       W. ISHII AND ORDER THEREON
16       aka "Licenciado",           )
    ROSALIO BARRAGAN,                )
17  FRANCISCO GAITAN GODINEZ,        )
       aka "Eurico"                  )
18       aka "Vico"                  )
    MIGUEL ANGEL ORTIZ CISNEROS,     )
19  MARGARITO BARRAGAN,              )
    JOSE LUIS FIGUEROA,              )
20  CARLOS GIL BARRAGAN,             )
    ARTEMIO CISNEROS,                )
21  EDITH ORTIZ,                     )
    FANI LOPEZ,                      )
22  JESUS CHAVEZ ELICEA,             )
    STEVEN BUCKNER,                  )
23  ROSENDO COVARRUBIAS IZAZAGA,     )
    ELIXANDRO NEVARES LOPEZ,         )
24  RAFAEL CISNEROS-BRAVO,           )
                                     )
25                                   )
                Defendants.          )
26  _____)

27

28                                   1

1       Pursuant to Local Rule 83-123(a)(3) and (4), the government hereby notifies the Court and

2 opposing counsel that the above captioned case arose out an investigation and wire interceptions

3 pursuant to Title III and authorized by the Hon. Anthony W. Ishii on: (1) November 20, 2004, (2)

4 December 16, 2004; (3) December 23, 2004; and (4) January 5, 2005. This request for reassignment

5 is based on the policy of this district that criminal charges "which arise from the evidence obtained

6 via [a] wiretap...will be directly assigned to the same judge who was assigned the wiretap action."

7 See Memorandum re: Procedures for Handling Wiretaps from Keith Holland, Court Services

8 Supervisor, U.S.D.C., dated April 3, 1996.

9       On February 17, 2005, an indictment against the above-captioned co-conspirators was filed.

10 It is therefore respectfully requested that this matter be reassigned to Judge Ishii, as he was the

11 authorizing judge for all the electronic communications interception orders related to this case.

12 DATED: May 31, 2005                           Respectfully submitted,

13                                    McGREGOR W. SCOTT

                                   United States Attorney

14

15                              By    /s/

                                  VIRNA L. SANTOS

16                                Assistant U.S. Attorney

17

18                          **ORDER**

19       IT IS HEREBY ORDERED that this matter be reassigned to the Honorable Anthony W. Ishii

20 pursuant to Local Rule 123 and district court policy.

21

22 DATED: June 2  , 2004

                                OLIVER W. WANGER

23                                U.S. District Court Judge

24

25

26

27

28                           2