1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

FILED

2005 JUN -3 P 1: 27

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERMIN BARRAGAN<br>    aka Regino Gaitan<br>ROGELIO MONGE GUTIERREZ,<br>    aka "Carranza"<br>    aka "Licenciado",<br>ROSALIO BARRAGAN,<br>FRANCISCO GAITAN GODINEZ,<br>    aka "Eurico"<br>    aka "Vico"<br>MIGUEL ANGEL ORTIZ CISNEROS,<br>MARGARITO BARRAGAN,<br>JOSE LUIS FIGUEROA,<br>CARLOS GIL BARRAGAN,<br>ARTEMIO CISNEROS,<br>EDITH ORTIZ,<br>FANI LOPEZ,<br>JESUS CHAVEZ ELICEA,<br>STEVEN BUCKNER,<br>ROSENDO COVARRUBIAS IZAZAGA,<br>ELIXANDRO NEVARES LOPEZ,<br>RAFAEL CISNEROS-BRAVO,<br><br>    Defendants. | CR. F- 05-0048 OWW<br><br>APPLICATION TO REASSIGN<br>WIRETAP CASE TO HON. ANTHONY<br>W. ISHII AND ORDER THEREON |

1

—

Pursuant to Local Rule 83-123(a)(3) and (4), the government hereby notifies the Court and opposing counsel that the above captioned case arose out an investigation and wire interceptions pursuant to Title III and authorized by the Hon. Anthony W. Ishii on: (1) November 20, 2004, (2) December 16, 2004; (3) December 23, 2004; and (4) January 5, 2005. This request for reassignment is based on the policy of this district that criminal charges "which arise from the evidence obtained via [a] wiretap...will be directly assigned to the same judge who was assigned the wiretap action." See Memorandum re: Procedures for Handling Wiretaps from Keith Holland, Court Services Supervisor, U.S.D.C., dated April 3, 1996.

On February 17, 2005, an indictment against the above-captioned co-conspirators was filed. It is therefore respectfully requested that this matter be reassigned to Judge Ishii, as he was the authorizing judge for all the electronic communications interception orders related to this case.

DATED: May 31, 2005

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By      /s/
VIRNA L. SANTOS
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that this matter be reassigned to the Honorable Anthony W. Ishii pursuant to Local Rule 123 and district court policy.

DATED: June 2 , 2004

_____
OLIVER W. WANGER
U.S. District Court Judge

2