BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00048-AWI-BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. | |
| ROGELIO MONGE GUTIERREZ, FRANCISCO GAITAN GODINEZ, CARLOS GIL BARRAGAN, and FANI LOPEZ, aka Fanny Lopez, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as to the above-named defendants for the following reason.

Prosecution of this matter is no longer viable.

Dated: January 14, 2015

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  January 14, 2015

SENIOR DISTRICT JUDGE